An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CASE PACIFIC COMPANY, A
CALIFORNIA CORPORATION,
Appellant,
vs.
CAPRIATI CONSTRUCTION
CORPORATION., INC., A RHODE
ISLAND CORPORATION; FIDELITY
AND DEPOSIT COMPANY OF
MARYLAND; AND ZURICH
AMERICAN INSURANCE COMPANY,
Respondents.

No. 65703

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL
### AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for December 16, 2015, at 10:30 a.m. in Las Vegas, is therefore vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Douglas Smith, District Judge
Gibbs Giden Locher Turner Senet & Wittbrodt LLP
Susan Frankewich, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-29329